I'm going to turn to you, Mr. Anderson, as soon as you're ready to talk to me, you're going to have a seat. Thank you. My name is Steven Berkey, I represent the appellant in this case.
judges: Kozinski, Bybee, N.R. Smith